Michael J. Gordon (021798)
**GORDON & GORDON, P.L.L.C.**
850 Cove Parkway, Ste. A
Cottonwood, AZ 86326
Telephone: (928) 649-8609
Attorney for Debtors

# IN THE UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In Re | Case No. 2:08-BK-16287-RTBP |
| WILLIAM P. GROSZ, | Chapter 13 |
| Debtors. | **NOTICE OF WITHDRAWAL OF OBJECTION** |

We hereby withdraw our objection to the Internal Revenue Service's proof of claim due to the fact that the Internal Revenue Service has withdrawn the proof of claim and the matter has been resolved.

**RESPECTFULLY SUBMITTED** this 25 day of August, 2009.

GORDON & GORDON, P.L.L.C.

Michael J. Gordon
Attorney for Debtors

1

LAW OFFICES OF
GORDON & GORDON, PLLC
850 COVE PARKWAY, SUITE A
COTTONWOOD, ARIZONA 86326
(928) 649-8609

A copy of the foregoing mailed this 25 day of August, 2009 to:

Internal Revenue Service
1973 N. Rulon White Blvd.
Ogden, UT 84201-0021

Edward J. Maney, Trustee
P.O. Box 10434
Phoenix, AZ 85064-2206

William Grosz
989 S. Main Street
Cottonwood, AZ 86326