

**TIFFANY & BOSCO**
P.A.

**Dated: December 17, 2009**

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

_____
**REDFIELD T. BAUM, SR**
**U.S. Bankruptcy Judge**

_____

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

08-67733/134486387

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>William Phillip Grosz<br>        Debtors.<br>_____<br>BAC Home Loans Servicing, L.P. fka Countrywide<br>Home Loans Servicing, L.P.<br>        Movant,<br>    vs.<br><br>William Phillip Grosz, Debtors; Edward J. Maney,<br>Trustee.<br><br>        Respondents. | No. 2:08-bk-16287-RTBP<br><br>Chapter 13<br><br>O R D E R<br><br>(Related to Docket # 19) |

This matter having come before the Court for a Preliminary Hearing on December 14, 2009, Movant appearing by and through its attorney, Tiffany & Bosco, P.A., Debtor appearing by and through their counsel, Michael J. Gordon, Gordon & Gordon, PLLC, and good cause appearing,

**IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated as to Movant with respect to that certain

1  real property which is subject of a Deed of Trust dated April 21, 2006, in the office of the Yavapai

2  County Recorder wherein BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing,

3  L.P. is the current beneficiary and William Phillip Grosz have an interest in, further described as:

4

5      THE FOLLOWING DESCRIBED REAL PROPERTY SITUATE IN THE CITY OF COTTONWOOD, COUNTY OF YAVAPAI, AND STATE OF ARIZONA, TO WIT:

6  THE FOLLOWING IS A DESCRIPTION OF A PARCEL OF LAND LOCATED WITHIN GOVERNMENT LOT 2, OF SECTION 7, TOWNSHIP 15 NORTH, RANGE 4 EAST, OF THE GILA

7  AND SALT RIVER BASE AND MERIDIAN, YAVAPAI COUNTY, ARIZONA, BEING A PORTION OF THAT PARCEL OF LAND DESCRIBED IN BOOK 3221, PAGE 139, OFFICIAL RECORDS OF

8  THE YAVAPAI COUNTY RECORDERS OFFICE, (RECORD SOURCE #1 (Rl), SAID PARCEL BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

9

10  BEGINNING FOR REFERENCE AT THE NORTHEAST CORNER OF SAID GOVERNMENT LOT 2, BEING MARKED WITH A B.L.M. BRASS CAP, FROM WHICH THE SOUTHEAST CORNER OF SAID GOVERNMENT LOT 2 BEARS SOUTH 00° 10' 36" EAST;

11

12  THENCE SOUTH 89° 46' 55" WEST, A DISTANCE OF 380.98 FEET, (SOUTH 89° 46' 04" WEST, A DISTANCE OF 380.90 FEET (RI), ALONG THE NORTH LINE OF (Rl) TO A 1/2" REBAR;

13  THENCE SOUTH 07° 49' 23" WEST, A DISTANCE OF 199.90 FEET (SOUTH 07° 51' 06" WEST (RI), ALONG THE EAST LINE OF (RI) TO A PLASTIC CAP ATOP A 112"REBAR STAMPED L.S.

14  26925; AND THE TRUE POINT OF BEGINNING;

15  THENCE SOUTH 07° 49' 23" WEST, A DISTANCE OF 153.50 FEET, (SOUTH 07° 51' 06" WEST (Rl) ALONG THE EAST LINE OF (RI) TO A PLASTIC CAP ATOP A 1/2" REBAR STAMPED L.S.

16  26925;

17  THENCE SOUTH 00° 10' 36" EAST (R1), A DISTANCE OF 16.18 FEET, ALONG THE EAST LINE OF SAID (RI) TO A PLASTIC CAP ATOP A 1/2" REBAR STAMPED L.S. 26925;

18  THENCE SOUTH 89° 41' 06" WEST, A DISTANCE OF 252.80 FEET, TO THE WEST LINE OF

19  SAID (RI) AND A PLASTIC CAP ATOP A 1/2" REBAR;

20  THENCE NORTH 25° 46' 03" WEST (RI), A DISTANCE OF 38.65 FEET, ALONG THE WEST LINE OF SAID (R1) TO A PLASTIC CAP ATOP A 1/2" REBAR STAMPED L.S. 26926;

21  THENCE NORTH 42° 04' 39" EAST A DISTANCE OF 178.36 FEET, TO A PLASTIC CAP ATOP A

22  112"REBAR STAMPED L.S.26925;

23  THENCE NORTH 89° 10' 37" EAST, A DISTANCE OF 170.94 FEET, TO THE EAST LINE OF (Rl) AND THE TRUE POINT OF BEGINNING.

24  TAX ID #: 407-15-015E
   BY FEE SIMPLE DEED FROM LARRY BAUGH AS SET FORTH IN DEED BOOK 4075, PAGE 956

25  AND RECORDED ON 9/1 912003, YAVAPA1 COUNTY RECORDS.

26

THE SOURCE DEED AS STATED ABOVE IS THE LAST RECORD OF VESTING FILED FORTHIS PROPERTY. THERE HAVE BEEN NO VESTING CHANGES SINCE THE DATE OF THE ABOVE REFERENCED SOURCE.

IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and effective in the event the Debtor converts this case to another chapter under the U.S. Bankruptcy Code.

DATED this ____ day of _____, 2009.

_____

JUDGE OF THE U.S. BANKRUPTCY COURT